**FILED**

JAN 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:11-CR-00152 LJO |
| ) | |
| vs. ) | |
| ) | ORDER OF RELEASE |
| CHER MOUA, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on January 9, 2012, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of The Poverello House Residential Treatment Program forthwith. A certified Judgment and Commitment order to follow.

DATED: January 17, 2012

_____
LAWRENCE J. O'NEILL
U.S. District Judge