

FILED
JAN 1 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHER MOUA, ) <br> ) <br> Defendant. ) | No. 1:11-CR-00152 LJO <br><br> AMENDED ORDER OF RELEASE |

The above named defendant having been sentenced on January 9, 2012, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: January 18, 2012

LAWRENCE J. O'NEILL
U.S. District Judge

1